# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THORN FLATS, LLC**, | CIVIL ACTION |
| Plaintiff, | |
| v. | NO. 21-5412-KSM |
| **BUILDPRO CONSTRUCTION LLC,** | |
| Defendant. | |

## ORDER

**AND NOW** this 26th day of May, 2022, upon consideration of Plaintiff Thorn Flats, LLC's Request for Entry of Judgment by Default (Doc. Nos. 3 & 4), the Affidavit of Margaret F. England, Esq. (Doc. No. 6), the Supplemental Affidavit of Margaret F. England, Esq. (Doc. No. 9), and following a show cause hearing on May 2, 2022, it is **ORDERED** that the motion is **GRANTED** and **JUDGMENT** is entered in favor of Plaintiff Thorn Flats, LLC and against Defendant BuildPro Construction LLC in the following amounts:

| | |
|---|---|
| Principal: | $100,000.00 |
| Costs: | $546.80 |
| Attorneys' Fees: | $19,327.56 |
| Pre-Judgment Interest: | Accruing at a rate of 5.25% |
| Post-Judgment Interest: | Accruing at a rate of 2.11% |

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.